ntdishrgcr13.jsp

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**

| In re: Rita Tackett Sydnor | CASE NO. 22–60559 |
|---|---|
| Debtor(s) | CHAPTER 13 |

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**
**CONCERNING ISSUANCE OF DISCHARGE**

The Trustee has filed a Report of Completion of Plan Payments and the Debtor(s) has/have filed a Certification of Compliance with 11 U.S.C. §1328. You are hereby notified that the Court may grant to the Debtor(s), if otherwise appropriate, a Chapter 13 discharge without further notice or hearing if no creditor or other party in interest files with the Court within 30 days of the mailing of this Notice a request for a hearing and the basis for such request. If a timely request for a hearing is filed, a discharge hearing will be held at a date and time specified by the Court. YOU ARE FURTHER NOTIFIED THAT THE TERM "CREDITOR" INCLUDES ANY PERSON TO WHOM A DEBTOR OWES A DELINQUENT "DOMESTIC SUPPORT OBLIGATION" AS DEFINED IN 11 U.S.C. §101(14A).

**Date:** 8/7/25

James W. Reynolds
Clerk of Court

United States Bankruptcy Court

Western District of Virginia

In re:  Case No. 22-60559-rbc
Rita Tackett Sydnor  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0423-6      User: admin      Page 1 of 3
Date Rcvd: Aug 07, 2025      Form ID: ntchrgcr      Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Rita Tackett Sydnor, 1404 Oak Creek Rd., Palmyra, VA 22963-4423 |
| 5080635 | | Bank of England Mortgage, P. O. Box 3490, Little Rock, AR 72203-3490 |
| 5080637 | + | Central Virginia Oral & Facial Surg, 101 Archway Ct., Lynchburg, VA 24502-2890 |
| 5080638 | | Central Virginia Oral & Facial Surg, 244 Hydraulic Road, Charlottesville, VA 22901 |
| 5080641 | | County of Fluvanna, Linda H. Lenherr, P.O. Box 299, Palmyra, VA 22963-0299 |
| 5080648 | + | Scott Kroner, PLC, 418 E Water Street, Charlottesville, VA 22902-5242 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 07 2025 21:01:42 | Ford Motor Credit Company, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5080633 | + | Email/Text: amscbankruptcy@adt.com | Aug 07 2025 20:54:00 | ADT Security Services, 3190 South Vaughn Way, Aurora, CO 80014-3541 |
| 5221595 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 07 2025 21:01:44 | AIS Portfolio Services, LLC, attn: Ford Motor Credit Co, LLC Dept, 4515 N Santa Fe Ave - Dept APS, Oklahoma City, OK 73118-7901 |
| 5080634 | | Email/Text: collections@boemortgage.com | Aug 07 2025 20:54:00 | Bank of England Mortgage, 123 S Main St, England, AR 72046 |
| 5095112 | | Email/Text: collections@boemortgage.com | Aug 07 2025 20:54:00 | Bank of England Mortgage, 5 Statehouse Plaza, Suite 500, Little Rock, AR 72201 |
| 5080642 | | Email/Text: bankruptcy@credcontrol.com | Aug 07 2025 20:54:00 | Credit Control Corporation, P.O. Box 120568, Newport News, VA 23612-0568 |
| 5084632 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 07 2025 21:01:43 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5080636 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 07 2025 21:01:47 | Capital One/Walmart, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5080639 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 07 2025 21:01:48 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 5087108 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 07 2025 21:01:49 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5080640 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 07 2025 21:01:50 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5082104 | | Email/Text: EBNBKNOT@ford.com | Aug 07 2025 20:54:00 | FORD MOTOR CREDIT COMPANY LLC, |

| District/off: 0423-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 07, 2025 | Form ID: ntchrgcr | Total Noticed: 43 |

| Recip ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| | | | | DEPT 55953 PO BOX 55000, DETROIT, MI 48255-0953 |
| 5080644 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 07 2025 20:54:00 | Internal Revenue Service, Insolvency Units, 400 North Eighth Street, Box 76, Richmond, VA 23219 |
| 5085289 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 07 2025 20:54:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5080645 | + | Email/Text: EBNBKNOT@ford.com | Aug 07 2025 20:54:00 | Lincoln Automotive Fin, Attn: Bankruptcy, P.O. Box 54200, Omaha, NE 68154-8000 |
| 5080646 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 07 2025 20:54:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5093991 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 07 2025 20:54:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5080750 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 07 2025 21:01:44 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5088272 | | Email/Text: bnc-quantum@quantum3group.com | Aug 07 2025 20:54:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5080986 | + | Email/Text: bankruptcy@regionalmanagement.com | Aug 07 2025 20:54:00 | REGIONAL MANAGEMENT CORPORATION, 979 BATESVILLE ROAD SUITE B, GREER, SC, GREER, SC 29651-6819 |
| 5080647 | + | Email/Text: bankruptcy@regionalmanagement.com | Aug 07 2025 20:54:00 | Regional Finance, 979 Batesville Rd, Greer, SC 29651-6819 |
| 5080650 | | Email/Text: bcccsubankruptcyemail@sentara.com | Aug 07 2025 20:54:00 | Sentara, P.O. Box 79607, Baltimore, MD 21279-0607 |
| 5080649 | + | Email/Text: bcccsubankruptcyemail@sentara.com | Aug 07 2025 20:54:00 | Sentara, PO Box 2090, Morrisville, NC 27560-2090 |
| 5080651 | | ^ MEBN | Aug 07 2025 20:48:09 | Sentara Healthcare, PO Box 117276, Atlanta, GA 30368-7276 |
| 5093116 | | ^ MEBN | Aug 07 2025 20:48:10 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5168537 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 07 2025 21:01:42 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5080652 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 07 2025 21:01:35 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5080653 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 07 2025 21:01:36 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5080654 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 07 2025 21:01:36 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5084949 | | Email/Text: membercreditsolutions@uvacreditunion.org | Aug 07 2025 20:54:00 | UVA COMMUNITY CREDIT UNION, 3300 BERKMAR DRIVE, CHARLOTTESVILLE, VA 22901 |
| 5080655 | + | Email/Text: membercreditsolutions@uvacreditunion.org | Aug 07 2025 20:54:00 | UVA Community CU, Attn: Bankruptcy, 3300 Berkmar Dr, Charlottesville, VA 22901-1491 |
| 5080656 | | ^ MEBN | Aug 07 2025 20:48:08 | UVA Health, P.O. Box 743977, Atlanta, GA 30374-3977 |
| 5080657 | + | Email/Text: RPFBSCANNING@UVAHEALTH.ORG | Aug 07 2025 20:54:00 | UVA Medical Center, P.O. BOX 743977, Atlanta, GA 30374-3977 |
| 5080658 | + | Email/Text: RPFBSCANNING@UVAHEALTH.ORG | Aug 07 2025 20:54:00 | UVA Physicians Group, P.O. Box 743977, Atlanta, GA 30374-3977 |
| 5080659 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |

| District/off: 0423-6 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 07, 2025 | Form ID: ntchrgcr | Total Noticed: 43 |

|  |  | Aug 07 2025 20:54:00 | Verizon, 500 Technology Dr., Ste. 550, Weldon Spring, MO 63304-2225 |
|---|---|---|---|
| 5080660 | Email/Text: va_tax_bk@harriscollect.com | Aug 07 2025 20:54:00 | Virginia Dept. of Taxation, Bankruptcy Dept., P.O. Box 2156, Richmond, VA 23218-2156 |
| 5080661 | Email/Text: bankruptcy.accounts@wakeassoc.com | Aug 07 2025 20:54:00 | Wakefield & Associates, Attn: Bankruptcy, 7005 Middlebrook Pike, Knoxville, TN 37909 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Bank of England |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5080643 | * | Internal Revenue Service, Insolvency Units, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2025                     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela M. Scolforo (499275) | ascolforo@cvillech13.net |
| Bryce Lee Robertson | on behalf of Creditor Bank of England brobertson@logs.com  logsecf@logs.com |
| Marshall Moore Slayton, Esq | on behalf of Debtor Rita Tackett Sydnor marshall@marshallslayton.com bbrs.bestcase@gmail.com;r44646@notify.bestcase.com;brenda@marshallslayton.com;carlos@marshallslayton.com;isaac@marshallslayton.com;judith@marshallslayton.com |
| USTrustee | USTPRegion04.RN.ECF@usdoj.gov |

TOTAL: 4